## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| **IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) | **3:09-md-02100-DRH-PMF**<br><br>**MDL No. 2100** |

**This Document Relates To:**

| | |
|---|---|
| **Lisa R. Hudson, et al v. Bayer HealthCare Pharmaceuticals Inc., et al** | **No. 3:10-cv-12401-DRH-PMF** |
| **Clara Morgan v. Bayer Corporation, et al.** | **No. 3:10-cv-20131-DRH-PMF** |
| **Brittany Campbell, et al v. Bayer Corporation, et al** | **No. 3:11-cv-20017-DRH-PMF** |
| **Renee Beall v. Bayer Corporation, et al** | **No. 3:10-cv-20484-DRH-PMF** |
| **Stacey Lau, et al v. Bayer Corporation, et al** | **No. 3:10-cv-20521-DRH-PMF** |
| **Larissa Reynolds, et al v. Bayer Corporation, et al** | **No. 3:10-cv-20431-DRH-PMF** |
| **Shea Bennett-Callen v. Bayer Corporation, et al** | **No. 3:12-cv-20072-DRH-PMF** |
| **Bridget Isgro, et al v. Bayer Corporation, et al** | **No. 3:12-cv-20020-DRH-PMF** |
| **Lori Simanek, et al v. Bayer Corporation, et al** | **No. 3:11-cv-20086-DRH-PMF** |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on January 25, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**

**BY:** ___/s/*Sara Jennings*_____
       **Deputy Clerk**

Dated:  January 28, 2013

David R.
Herndon
2013.01.28
14:56:12 -06'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT